No. 09-8744. In re Rayshon Thomas, Petitioner.

559 U.S. 1036, 130 S. Ct. 2065, 176 L. Ed. 2d 431, 2010 U.S. LEXIS 2895.

March 29, 2010. Petition for writ of mandamus and/or prohibition denied.

No. 09-7140. Louis Robenson, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

559 U.S. 1045, 130 S. Ct. 2085, 176 L. Ed. 2d 431, 2010 U.S. LEXIS 2844.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1119, 130 S. Ct. 1063, 175 L. Ed. 2d 897, 2010 U.S. LEXIS 312.

No. 09-7199. Rosevelt Beal, Petitioner v. Virginia Levine, et al.

559 U.S. 1045, 130 S. Ct. 2085, 176 L. Ed. 2d 431, 2010 U.S. LEXIS 2884.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1120, 130 S. Ct. 1067, 175 L. Ed. 2d 898, 2010 U.S. LEXIS 294.

No. 09-7233. Lowell N. Payne, Jr., Petitioner v. Debbie Tinsley, et al.

559 U.S. 1045, 130 S. Ct. 2085, 176 L. Ed. 2d 431, 2010 U.S. LEXIS 2879.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1121, 130 S. Ct. 1070, 175 L. Ed. 2d 899, 2010 U.S. LEXIS 230.

No. 09-7435. Reginald Haywood, Petitioner v. Jeff Bedatsky, et al.

559 U.S. 1045, 130 S. Ct. 2085, 176 L. Ed. 2d 431, 2010 U.S. LEXIS 2793.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1151, 130 S. Ct. 1144, 175 L. Ed. 2d 979, 2010 U.S. LEXIS 671.

No. 09-7479. Melvin Ketchum, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 1046, 130 S. Ct. 2085, 176 L. Ed. 2d 431, 2010 U.S. LEXIS 2853.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1152, 130 S. Ct. 1147, 175 L. Ed. 2d 980, 2010 U.S. LEXIS 674.